WILLIAM T. FOSS *v.* CLARENCE SMITH.

October Term, 1903.

Present: ROWELL, C. J., TYLER, MUNSON, START, STAFFORD, and HASELTON, JJ.

Opinion filed December 3, 1903.

*Assault and Battery—Self Defense.*

When one is assaulted he may immediately repel the assault, using no more force than in the circumstances reasonably appears to him to be necessary.

TRESPASS FOR ASSAULT AND BATTERY. Pleas, the general issue, and *son assault demesne.* Trial by jury at the December Term, 1902, Caledonia County, *Watson,* J., presiding.

Plaintiff's motion to direct a verdict overruled. Verdict and judgment for the defendant. The plaintiff excepted. This is all the reporter knows about the case except what appears in the opinion.

*Harland B. Howe* and *Porter & Thompson* for the plaintiff.

*Dunnett & Slack* for the defendant.

STAFFORD, J. Trespass for assault and battery. Plea that plaintiff committed the first assault and that defendant used no more force than was necessary in self defense.

The only exception relied upon is to the refusal to direct a verdict. The plaintiff claims that the defendant's own testimony showed that, after he had completely passed the plaintiff in the highway, and when he might have driven on without danger of receiving further injury, he came back to where the plaintiff was and committed the assault for which the action is brought. Upon reading the testimony we are not satisfied that the claim is well founded, but think, rather, that the view of it most favorable to the defendant is that although his horses had passed the plaintiff's sled before stopping, he himself was practically opposite the plaintiff, and on being assaulted by the latter immediately repelled the assault, using no more force than in the circumstances reasonably appeared to him to be necessary.

*Judgment affirmed.*